# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Livingston, Debra A. | U.S. Court of Appeals for the Second Circuit | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge. Active status. | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
40 Foley Square
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Paul J. Kellner Professor of Law | Columbia Law School |
| 2. | Uncompensated Trustee (co-trustee⬛⬛⬛) | Trust fbo relative ("Trust 5J") |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/1999 | Wolters-Kluwer Law & Business\|Aspen Publishers. Royalty payments on sales of co-authored case book, Comprehensive Criminal Procedure |
| 2. 1992 | See Part VIII. Additional Information. |
| 3. 2007 | See Part VIII. Additional Information. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 04.01.2012 | Wolters-Kluwer Law & Business\|Aspen Publishers (royalties) | $20,036.86 |
| 2. | 2012 | Columbia Law School | $27,052.66 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 4-11, 2012 | Kona, Hawaii | Judicial Chair, FBC 2012 Winter Bench/Bar Conf | travel, lodging, meals for self and spouse |
| 2. | National Federalist Society | March 1-2, 2012 | Cambridge, MA | Speech to Harvard Federalist Society | travel, lodging, meal |
| 3. | University of Virginia School of Law | May 13-15, 2012 | Charlottesville, VA | Judge Moot Court | travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank cash accounts | A | Interest | N | T | | | | | |
| 2. CREF Stock Fund | A | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund K (formerly Fid. Contrafund) (n.1) | A | Dividend | L | T | | | | | |
| 4. Fidelity Convertible Security | B | Dividend | K | T | | | | | |
| 5. Fidelity Growth Co K (formerly Fid. Growth) (n.2) | B | Dividend | L | T | | | | | |
| 6. Fidelity Equity Div Inc, fka Fidelity Equity Income II (n.3) | A | Dividend | J | T | | | | | |
| 7. Fidelity Magellan | A | Dividend | K | T | | | | | |
| 8. TIAA Real Estate | A | Dividend | M | T | | | | | |
| 9. TIAA Traditional Annuity | B | Interest | L | T | | | | | |
| 10. U.S. Savings Bonds | | None | J | T | | | | | |
| 11. Vanguard 502 Balncd Indx (formerly Vg 078 Asset Alloc) (n.4) | B | Dividend | K | T | | | | | |
| 12. Vanguard 081 International Growth | A | Dividend | L | T | Sold (part) | 1/26/12 | J | A | |
| 13. Vanguard 122 Life Growth Portfolio | B | Dividend | L | T | | | | | |
| 14. Vanguard 163 NY Tax Exempt | A | Interest | K | T | | | | | |
| 15. Vanguard 526 Morgan Growth Admiral | C | Dividend | N | T | Sold (part) | 01/26/12 | J | B | |
| 16. Vanguard 548 Small Cap Admiral | B | Dividend | M | T | | | | | |
| 17. Vanguard 593 Growth & Income Admiral | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguarad College Mod Age-Based Conservative | | None | L | T | | | | | |
| 19. Vanguard Hi-Yield Corporate | B | Dividend | K | T | | | | | |
| 20. Vanguard Index 500 | C | Dividend | M | T | | | | | |
| 21. Vanguard Inflation-Protected Securities | B | Dividend | L | T | | | | | |
| 22. Vanguard REIT Index Fund | B | Dividend | L | T | | | | | |
| 23. Vanguard Wellington Fund | D | Dividend | M | T | | | | | |
| 24. ————Estate———— (H) | | | | | | | | | |
| 25. VDAIX Vanguard Div Apprec Idx | B | Dividend | | | Sold | 03/09/12 | K | C | |
| 26. VEIPX Vanguard Equity Inc Fund | A | Dividend | | | Sold | 03/09/12 | K | C | |
| 27. VFIIX Vanguard GNMA Fund Investor Shares | A | Dividend | | | Sold | 03/09/12 | K | A | |
| 28. VWEHX Vanguard High-Yield Corp Fund | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 29. VWALX Vanguard High-Yield Tax Exempt Adm | A | Dividend | | | Sold | 03/09/12 | L | C | |
| 30. VFICX Vanguard I-T Investment Grade Inv | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 31. VWIUX Vanguard Inter-Term Tax-Exempt Adm | A | Dividend | | | Sold | 03/09/12 | M | D | |
| 32. VWESX Vanguard Long-Term Inv-Gr Inv | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 33. VWLUX Vanguard Long-Term Tax Exempt Adm | A | Dividend | | | Sold | 03/09/12 | K | A | |
| 34. VNJXX Vanguard NJ Tax-Exempt Money Mkt | A | Dividend | | | Sold | 03/26/12 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VGSLX Vanguard REIT Index Fund Adm | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 36. VBTLX Vanguard Total Bond Mkt Index Adm | A | Dividend | | | Sold | 03/09/12 | L | A | |
| 37. VDC Vanguard Consumer Staples ETF | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 38. VDE Vanguard Energy ETF | A | Dividend | | | Sold | 03/09/12 | L | D | |
| 39. VHT Vanguard Health Care ETF | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 40. VOX Vanguard Telecom Services ETF | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 41. NLY Annaly Capital Management Inc | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 42. AAPL Apple Inc. | | None | | | Sold | 03/09/12 | K | C | |
| 43. AT&T Inc. | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 44. BIDU Baidu Inc Sponsored ADR | | None | | | Sold | 03/09/12 | J | A | |
| 45. CTL Centurylink Inc. | A | Dividend | | | Sold | 03/09/12 | K | C | |
| 46. CIM Chimera Investment Corp | A | Dividend | | | Sold | 03/09/12 | J | B | |
| 47. CLX Clorox Co | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 48. ED Consolidated Edison | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 49. DEO Diageo PLC New Sponsored ADR | A | Dividend | | | Sold | 03/09/12 | K | C | |
| 50. DD DuPont EI de Nemours & Co | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 51. EOG EOG Resources Inc | A | Dividend | | | Sold | 03/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GOOG Google Inc | | None | | | Sold | 03/09/12 | J | A | |
| 53. HNZ Heinz HJ Co | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 54. IP International Paper Co | A | Dividend | | | Sold | 03/09/12 | J | C | |
| 55. MAC Macerich Co | A | Dividend | | | Sold | 03/09/12 | J | B | |
| 56. MCD McDonalds Corp | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 57. PCL Plum Creek Timber Co Inc | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 58. RAI Reynolds American Inc | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 59. RIO Rio Tinto PLC Spnsr ADR | A | Dividend | | | Sold | 03/09/12 | K | A | |
| 60. RDS/A Royal Dutch Shell PLC Sponsr ADR | A | Dividend | | | Sold | 03/09/12 | K | A | |
| 61. VZ Verizon Communications Inc | A | Dividend | | | Sold | 03/09/12 | K | B | |
| 62. WM Waste Management Inc Del | A | Dividend | | | Sold | 03/09/12 | J | B | |
| 63. WIN Windstream Corp | B | Dividend | | | Sold | 03/09/12 | K | A | |
| 64. APU Amerigas Partners LP | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 65. BWP Boardwalk Pipeline Partners LP | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 66. BPL Buckeye Partners LP Unit Prtnrship Int | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 67. KMP Kinder Morgan Energy Prtnrs LP Unit LP Int | A | Dividend | | | Sold | 03/09/12 | J | B | |
| 68. LINE Linn Energy LLC Unit Lim Liab Int | A | Dividend | | | Sold | 03/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OKS Oneok Partners LP Unit Ltd Prtnrshp | A | Dividend | | | Sold | 03/09/12 | J | B | |
| 70. PAA Plains All American Pipeline LP | A | Dividend | | | Sold | 03/09/12 | J | C | |
| 71. Interest in condominium Tinton Falls NJ (n.5) | | None | | | Sold | 07/10/12 | N | A | |
| 72. PNC Bank cash accounts (n.6) | A | Interest | | | Closed | 02/21/12 | L | | |
| 73. Citibank cash account (X) (n.7) | | None | M | T | Open | 02/14/12 | L | | |
| 74. Vanguard Prime Money Market Fund (X) (n.7) (n.8) | B | Int./Div. | M | T | Buy | 03/09/12 | P1 | | |
| 75. | | | | | Buy (add'l) | 03/26/12 | M | | |
| 76. | | | | | Sold (part) | 07/04/12 | J | | |
| 77. | | | | | Sold (part) | 07/24/12 | N | | |
| 78. | | | | | Sold (part) | 08/09/12 | K | | |
| 79. | | | | | Sold (part) | 08/15/12 | N | | |
| 80. | | | | | Sold (part) | 08/22/12 | J | | |
| 81. | | | | | Sold (part) | 08/31/12 | L | | |
| 82. | | | | | Sold (part) | 10/01/12 | N | | |
| 83. ———Trust 5J——— (H) | | | | | | | | | |
| 84. Vanguard Wellington Fund Inv (X) | C | Dividend | M | T | Buy | 08/27/12 | J | | |
| 85. | | | | | Buy (add'l) | 09/04/12 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Livingston, Debra A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Prime Money Market Fund (X) | A | Int./Div. | J | T | Buy | 08/28/12 | J | | |
| 87. ——Trust 6F—— (H) (n.9) | | | | | | | | | |
| 88. Vanguard Wellesley Income Fund (X) | D | Dividend | N | T | Buy | 07/24/12 | J | | |
| 89. | | | | | Buy (add'l) | 07/27/12 | M | | |
| 90. Vanguard Prime Money Market Fund (X) | A | Int./Div. | J | T | Buy | 07/09/12 | J | | |
| 91. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 92. | | | | | Sold (part) | 10/09/12 | J | | |
| 93. ——Nevada 529—— (H) (n.10) | | | | | | | | | |
| 94. Vanguard 529 Moderate Age-Based Opt: Income Portf (n.10) | | None | K | T | Open | 06/22/12 | K | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements.

2007. I continue to have retirement accounts maintained through Columbia University, the individual holdings of which are listed under Part VII, Investments and Trusts.

1992. As a result of my employment with the University of Michigan Law School from 1992-1994, I continue to have a retirement account established through the University of Michigan, the holdings of which are listed under Part VII, Investments and Trusts. Contributions are of course no longer made to those retirement accounts.

Part VII. Investments and Trusts.

n.1 Fidelity Contrafund converted by Fidelity to Fidelity Contrafund K on 1/11/12 in a transaction that did not result in capital gains for income tax purposes. There was no 2012 income for Fidelity Contrafund.

n.2 Fidelity Growth Co. converted by Fidelity to Fidelity Growth Co. K on 1/11/12 in a transaction that did not result in capital gains for income tax purposes. There was no 2012 income for Fidelity Growth Co.

n.3 Name change only.

n.4 Vanguard 078 Asset Allocation converted by Vanguard to Vanguard 02 Balanced Index Fund on Feb. 10, 2012, and to Vanguard 502 Balanced Index Fund Admiral on Aug. 28, 2012. No conversion resulted in capital gains for income tax purposes. Income level B as reported is aggregate; separately reported, income level for each fund would be level A.

n.5 This was a return of deposit, less expenses to refurbish the unit.

n.6 The PNC bank accounts were inadvertenly omitted from the list of estate assets reported on the 2011 FDR. At end 2011 the PNC bank accounts had value code L and interest income value code A.

n.7 Non-interest-paying account opened by _____ as executor of estate following issuance of Letters Testamentary in January 2012.

n.8 Multiple separate purchases were made on 3/9/12 corresponding to the separate liquidations listed in rows 25 through 70. This row lists the aggregate of all purchases of this asset on 3/9/12.

n.9 Trust _____ is sole trustee. _____

n.10 This 529 account for relative S had been jointly owned by relatives. However, in May 2012, following the death of one of those relatives the year before, the other relative renounced succession to the 529 account. On June 18, 2012, the account was transferred to _____ to maintain for the benefit of relative S. On June 22, Vanguard exchanged in Vanguard Total Bond Market Index Portfolio and Vanguard Inflation-Protected Securities Portfolio, each at about 50% of the value of the account, and then exchanged them out, replacing them with Vanguard Moderate Age-Based Option: Income Portfolio. None of the exchanges resulted in capital gains for income tax purposes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Debra A. Livingston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544